UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, :
:
-vs- : Crim. No. 5:92cr70 (PCD)
:
JOHN J. MCCARTHY :

## RULING ON MOTION FOR MODIFICATION OF IMPOSED TERM OF IMPRISONMENT

Defendant moves pursuant to 18 U.S.C. § 3582(c)(2) for a modification of his term of imprisonment. He argues that the Sentencing Commission lowered the sentencing range in that the mandatory minimum of 15 years now serves as the maximum unless the Court departs upward. As no upward departure occurred in his case, defendant argues that he is entitled to the mandatory minimum of 15 years.

Section 3582(c)(2) provides that

> in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

18 U.S.C. § 3582(c)(2). Defendant submits no authority for the proposition that the Sentencing Commission has lowered the sentencing range to which he was subject. The Government, unable to find any such support, contacted the office of the Sentencing Commission, which was also unaware of any change to the sentencing range.

As defendant has offered no authority for his claim, his motion must be denied. It is noted that defendant has not shown why, if he was entitled to relief, such was consistent with the factors set forth in 18 U.S.C. § 3553(a).

The motion for modification of an imposed term of imprisonment (doc. 354) is hereby **denied**.

SO ORDERED.

Dated at New Haven, Connecticut, August 28, 2001.

s/Peter C. Dorsey

―――――――――――――――――
Peter C. Dorsey
Senior United States District Judge